UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL FRANK SCHOWACHERT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BILL POLLEY,<br><br>　　　　Defendant. | Case No.  2:21-cv-01064-JDP (PC)<br><br>ORDER TRANSFERRING CASE TO THE FRESNO DIVISION OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  In his complaint, he alleges that defendant violated his civil rights while he was incarcerated at the Tuolumne County jail.  Tuolumne County is part of the Fresno Division of the United States District Court for the Eastern District of California.  *See* Local Rule 120(d). Accordingly, this action should have been filed in the Fresno Division.

　　　　Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

　　　　Accordingly, it is hereby ORDERED that:

　　　　1. this action be transferred to the United States District Court for the Eastern District of California sitting in Fresno;

　　　　2. the Clerk of Court assign a new case number; and

1

3. all future filings reference the new Fresno case number assigned and be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

IT IS SO ORDERED.

Dated: __July 21, 2021__  

                    JEREMY D. PETERSON
                    UNITED STATES MAGISTRATE JUDGE